IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:21-cv-319

| | |
|---|---|
| BIANCA DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **502(d) ORDER** |
| ) | |
| CITY OF FAYETTEVILLE, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendant. ) | |

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE